**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-00193-REB-MEH

VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company,

    Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an indivudual, and
MICHELLE PIOTROWSKI, an individual,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Minute Order and Recommendation** [#49] entered August 11, 2009.  The magistrate judge recommends that the trial date in this matter be vacated and reset to July 19, 2010, for religious reasons.  This issue came before the magistrate judge in the **Joint Request For Modification of Scheduling Order and Trial Preparation Order re Expert Witness and Trial Date** [#47] filed August 3, 2009, which was referred to Magistrate Judge Hegarty on August 6, 2009.  After reviewing the record and the recommendation, I conclude that the recommendation should be approved and that the joint request should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Minute Order and Recommendation** [#49] entered August 11, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Joint Request For Modification of Scheduling Order and Trial Preparation Order re Expert Witness and Trial Date** [#47] filed August 3, 2009, is **GRANTED**; and

3. That as soon as practicable, the court shall enter a second trial preparation conference order, reflecting that trial shall commence July 19, 2010, and that a trial preparation conference shall be conducted on June 25, 2010, commencing at 3:00 p.m.

Dated August 20, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge