IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00193-REB-MEH

VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company,

	Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an individual, and
MICHELLE PIOTROWSKI, an individual,

	Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

	The Motion to Modify Settlement Conference Order Excusing In-Person Attendance by Defendants and Counterdefendants Eric and Susan Radewahn and Motion for Expedited Ruling on Motion [filed November 17, 2009; docket #63] is **granted**.  Defendants Eric and Susan Radewahn are excused from attending the November 19, 2009 Settlement Conference in person.  Counsel for Defendants Eric and Susan Radewahn must ensure that the Defendants are available by telephone throughout the entirety of the conference.