**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00193-REB-MEH

VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company,

    Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an indivudual, and
MICHELLE PIOTROWSKI, an individual,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Joint Stipulation of Dismissal of Volvo Financial Services With Prejudice** [#73] filed January 14, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal of Volvo Financial Services With Prejudice** [#73] filed January 14, 2010, is **APPROVED**;

2. That plaintiff, Volvo Financial Services, a division of VFS US LLC, is **DISMISSED WITH PREJUDICE**;

3. That plaintiff, Volvo Financial Services, a division of VFS US LLC, is

**DROPPED** as a party to this action, and the caption shall be amended accordingly; and

    4.  That the caption shall be further amended to include Volvo Construction Equipment Rents, Inc., a Delaware corporation, which was substituted as plaintiff in this matter in the **Order** [#71] entered by Magistrate Judge Michael E. Hegarty on December 4, 2009.

    Dated January 20, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge