**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00193-REB-MEH

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., a Delaware corporation,

    Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an indivudual, and
MICHELLE PIOTROWSKI, an individual,

    Defendants.

---

### MINUTE ORDER[1]

---

The matter comes before the court on Magistrate Judge Michael E. Hegarty's **Recommendation** [#77] filed January 19, 2010. After careful review of the recommendation and the file,

**IT IS ORDERED** as follows:

1. That the **Recommendation** [#77] filed January 19, 2010, is **APPROVED** and **ADOPTED**;

2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**, pending further order; and

3. That the trial set to commence July 19, 2010, is **VACATED**, pending further order.

    Dated:  January 21, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.