IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00193-REB-MEH

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., a Delaware corporation,

    Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an individual, and
MICHELLE PIOTROWSKI, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2010.**

    The unopposed third Motion to Modify Settlement Conference Order Excusing In-Person Attendance by Defendant and Counterdefendant Susan Radewahn [filed July 30, 2010; docket #97] is **granted**. Defendant Susan Radewahn is excused from attending the October 12, 2010, Settlement Conference in person. Counsel for Ms. Radewahn must ensure that she is available by telephone throughout the entirety of the conference.