IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00193-REB-MEH

VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability
company,

     Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an
individual, and
MICHELLE PIOTROWSKI, an individual,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2010.**

     The Motion to Modify October 8, 2010 Minute Order to Allow Telephonic Participation by
Defendant and Counterclaimant Eric J. Radewahn in the November 18, 2010 Settlement Conference
[filed November 16, 2010; docket #122] is **granted**.  Defendant Radewahn may participate in the
settlement conference by telephone.  Counsel for Defendants, at the risk of sanctions, shall ensure
the availability of Defendant Radewahn throughout the entirety of the settlement conference.