**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00193-REB-MEH

VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., a Delaware corporation,

    Plaintiff,

v.

PREMIERE EQUIPMENT RENTALS, LLC, an Arizona limited liability company,
R.J. REAL ESTATE ENTERPRISES, LLC, an Arizona limited liability company,
ERIC RADEWAHN, a/k/a Eric John Radewahn, a/k/a Eric J. Radewahn, an individual,
SUSAN RADEWAHN, a/k/a Susan Mary Radewahn, a/k/a Susan M. Radewahn, an individual,
ANDREW PIOTROWSKI, a/k/a Andrew James Piotrowski, a/k/a Andrew J. Piotrowski, an indivudual, and
MICHELLE PIOTROWSKI, an individual,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss Lawsuit Without Prejudice** [#142] filed May 6, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss Lawsuit Without Prejudice** [#142] filed May 6, 2011, **GRANTED**;

    2.  That the Trial Preparation Conference set for June 24, 2011, is **VACATED**;

    3.  That the jury trial set to commence July 11, 2011, is **VACATED**; and

4.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 9, 2011, at Denver, Colorado.

                                                        **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge